FILED
COMPLAINT

2008 AUG -1  AM 10: 09

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE

### SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 2366

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | COMPLAINT FOR VIOLATION OF |
| | ) | |
| v. | ) | U.S.C. Title 18 Section 2113(a) |
| | ) | |
| | ) | |
| MURREL WAYNE VAILES | ) | Bank Robbery |
| | ) | |
| | ) | |

BEFORE  Jan M. Adler                    San Diego, California
        NAME OF MAGISTRATE              ADDRESS OF MAGISTRATE

THE UNDERSIGNED COMPLAINANT BEING DULY SWORN STATES:

That on or about July 15, 2008, San Diego, California, within the
Southern District of California:

**MURREL WAYNE VAILES**

did by force, violence and intimidation unlawfully take from the
person and presence of employees at the Mission Federal Credit Union,
599 Telegraph Canyon Road, Chula Vista, California, United States
currency in the sum of $6,152.00, belonging to, or in the care,
custody, management or possession of the Mission Federal Credit
Union, whose deposits were then insured by the Federal Deposit
Insurance Corporation, in violation of Title 18, United States Code,
Section 2113 (a);

And the complainant states that this complaint is based on the
attached affidavit which is incorporated herein by reference.

Kevin J. Strauss
Special Agent, FBI

Sworn to before me, and subscribed in my presence on this
___1st___ day of ~~July~~, 2008.
                 August

United States Magistrate Judge

CONTINUATION OF COMPLAINT:
UNITED STATES VS. MURREL WAYNE VAILES

## AFFIDAVIT

I, Kevin J. Strauss, Special Agent (SA) of the Federal Bureau of Investigation (FBI), being duly sworn, depose and say:

1. I am currently assigned to violent crimes investigation in the San Diego Field Division of the FBI. I have been employed by the FBI as an SA for four years. The information contained in this affidavit is based upon my personal knowledge and on the information I have learned from reviewing official reports and speaking with local and federal law enforcement officers and individuals.

2. This affidavit is in support of a Complaint for MURREL WAYNE VAILES, black male, date of birth June 21, 1977, for violation of Title 18 of the United States Code, Section 2113(a), Bank Robbery.

3. On Tuesday, July 15, 2008, at approximately 9:00 a.m., the affiant responded to the report of a robbery at the Mission Federal Credit Union, 599 Telegraph Canyon Road, Chula Vista, California.

4. The affiant has reviewed the report of the victim teller from Mission Federal Credit Union, 599 Telegraph Canyon Road, Chula Vista, California, who advised as follows:

a. On July 15, 2008 shortly before 9:00 a.m., the victim teller approached the entrance to Mission Federal Credit Union. The teller observed an unknown black male sitting on the bench outside the entrance. The teller and the

unknown black male exchanged greetings, and the teller entered the bank. Several minutes later, the teller began working behind the teller counter and observed the same unknown black male enter the bank. The teller offered to assist him.

b. The unknown black male approached the teller and asked if he could exchange a five dollar bill for nickels. The teller asked for his Mission Federal Credit Union account number, but the man replied that he did not have it. The teller asked for the man's social security number, and he whispered a partial number with the last two digits missing. The teller asked the man to repeat the full social security number, and he gave the teller a full social security number. While he gave this information, the teller opened the cash drawer to see if there were enough nickels available. At that point, the unknown black male presented a handgun and jumped over the teller counter.

c. The robber repeatedly ordered everyone in the bank to get down on the floor and to not look at him. The robber continued to point the handgun at both the teller and several other employees as well as several customers. The robber elbowed the teller to one side and took cash from the cash drawer while ordering the teller, who by then was crouched on the floor, to not look at him. The teller fearfully hid under the teller counter and the robber jumped over the counter and exited the Mission Federal Credit Union.

5. On July 28, 2008, an anonymous caller informed San Diego FBI that after viewing surveillance video photographs on television and newspapers, the anonymous

individual has personal knowledge of the robber.  The
anonymous individual named the robber as MURREL VAILES JR.,
date of birth June 21, 1977.  The anonymous individual did not
have personal knowledge of the bank robbery, but the anonymous
individual recognized VAILES because the anonymous individual
knows him.  The anonymous individual further advised that
VAILES is currently in the vicinity of the 1000 block of
Redwood Avenue in El Cajon, California, at an apartment
complex.  The anonymous individual lastly stated that VAILES
is currently associated with a gray car and an unknown black
female, and VAILES has a ponytail with wavy hair.

      6.  On July 29, 2008, the Mission Federal Credit
Union victim teller and another Mission Federal Credit Union
employee who witnessed the robbery positively identified
MURREL WAYNE VAILES from color photographic lineups presented
to them separately.  A third Mission Federal Credit Union
employee who witnessed the robbery was unable to confidently
identify MURREL WAYNE VAILES from a color photographic lineup.
The same photographic lineups were presented to two separate
Mission Federal Credit Union customers who witnessed the
robbery.  One customer positively identified MURREL WAYNE
VAILES from the color photographic lineup.  The second
customer was unable to identify any of the pictures in the
photographic lineup as the robbery suspect.  On July 30, 2008,
two Chula Vista Police Department Detectives presented the
color photographic lineup to a fourth Mission Federal Credit
Union employee who witnessed the robbery.  The employee
positively identified MURREL WAYNE VAILES as the robber.

7.   On July 30, 2008, the affiant presented the surveillance photographs of the robber to several San Diego Police Department (SDPD) Gang Task Force officers.  One SDPD Gang Task Force officer believed that the robber in the surveillance photographs strongly resembled MURREL WAYNE VAILES.  The officer arrested VAILES for prior offenses on September 9, 2007.

8.   On July 30, 2008, the affiant presented the same Mission Federal Credit Union robbery surveillance photographs to the State of California Department of Corrections Parole Agent who formerly supervised MURREL WAYNE VAILES.  The parole Agent viewed the surveillance photographs and believed the photographs strongly resembled MURREL WAYNE VAILES.

9.   VAILES is described as follows:

| | |
|---|---|
| Name: | MURREL WAYNE VAILES |
| Race: | Black |
| Sex: | Male |
| Date of Birth: | June 21, 1977 |
| Social Security Number: | -9807 |
| Height: | 5'10" |
| Weight: | 215 pounds |
| Build: | Big |
| Hair: | Black |
| Eyes: | Brown |

10.   The affiant has confirmed that the deposits of the Mission Federal Credit Union, 599 Telegraph Canyon Road, Chula Vista, California, were insured by the National Credit Union Administration (NCUA), pursuant to certificate number

14384, issued on April 21, 1961.  The Mission Federal Credit Union, 599 Telegraph Canyon Road, Chula Vista, California suffered a loss of $6,152.00 as a result of the robbery. Subsequent investigation recovered $345.00 of the loot, with a total of $5,807.00 stolen.

11.  The foregoing information and evidence indicates that MURREL WAYNE VAILES, on July 15, 2008, did by force take from the person and presence of employees of Mission Federal Credit Union, 599 Telegraph Canyon Road, Chula Vista, California, the deposits of which were then insured by the NCUA, approximately $6,152.00 in the United States currency, belonging to and in the care, custody, control, management, and possession of such bank.


The foregoing is true and correct to the best of my information and belief.

Kevin J. Strauss

Special Agent, FBI


Sworn before me and subscribed in my presence this 31st day of ~~July~~ August, 2008 at 9:37 a.m. ~~p.m.~~

United States Magistrate Judge