AO 442 (Rev. 10/03) Warrant for Arrest

FID No. 1549930

# UNITED STATES DISTRICT COURT

SOUTHERN District of CALIFORNIA

2008 AUG 21 AM 08:22

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES OF AMERICA

V.

MURREL WAYNE VAILES

**WARRANT FOR ARREST**

Case Number: **'08 MJ 2366**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Murrel Wayne Vailes, Jr.
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

18 USC 3144 (Material Witness)

in violation of Title  18  United States Code, Section(s)  2113(a) - Bank Robbery

JAN M. ADLER
Name of Issuing Officer

MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

SAN DIEGO, CALIFORNIA    8/1/08
Date and Location

DATE  8/18/08
ARRESTED BY  FBI S.D.

STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY _____

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Class II  J          FBI          NCIC 1211
                                  Bank Rob.