| | |
|---|---|
| 1 | TODD W. BURNS |
| | California State Bar No. 194937 |
| 2 | FEDERAL DEFENDERS OF SAN DIEGO, INC. |
| | 225 Broadway, Suite 900 |
| 3 | San Diego, California  92101-5008 |
| | Telephone No. (619) 234-8467 |
| 4 | Email: Todd_Burns@fd.org |
| 5 | Attorneys for Defendant |

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARBARA L. MAJOR)**

| UNITED STATES OF AMERICA, | ) | CASE NO.  08MJ2366 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| MURREL WAYNE VAILES, | ) | NOTICE OF APPEARANCE |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Todd W. Burns, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead counsel in the above-captioned case.

Respectfully submitted,

Dated:  August 25, 2008           /s/ *TODD W. BURNS*
                                  Federal Defenders of San Diego, Inc.
                                  Attorneys for Defendant
                                  Todd Burns@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  August 25, 2008            /s/ TODD W. BURNS
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Todd_Burns@fd.org (email)